# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHERYL SAUER,** individually and on behalf of all others similarly situated, | Case No. 5:18-cv-00118-PA-SP |
| Plaintiff, | **ORDER** |
| vs. | |
| **SUBARU OF AMERICA, INC.;** DOES 1-10, AND EACH OF THEM, | |
| Defendants. | |

IT IS HEREBY ORDERED that pursuant to the Notice of Plaintiff this matter is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated this 26th day of January, 2018.

_____
The Honorable Percy Anderson